| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Bright, Myron H. | 2. Court or Organization<br><br>U.S.C.A.--Eighth Circuit | 3. Date of Report<br><br>05/02/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>Circuit Judge Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

| 7. Chambers or Office Address<br><br>655 First Avenue North<br>Suite 340<br>Fargo, ND 58102-4952 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Legal Education Fund, Inc. |
| 2. | Director | U.S. - Asia Law Institute |
| 3. | Trustee | Trust #1 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H. | 05/02/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H. | 05/02/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  IRA #1 | A | Int./Div. | J | T | | | | | |
| 2.  --TD Ameritrade Money Market Deposit Account | | | | | | | | | |
| 3.  --ConocoPhillips Common Stock | | | | | | | | | |
| 4.  --Phillips 66 Common Stock | | | | | Spinoff (from line 3) | 05/01/12 | J | | |
| 5.  Brokerage Account #1 | | | | | | | | | |
| 6.  --Tamarack Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 7.  --First Trust Adv.: Canadian Energy & Income Series 18 | A | Dividend | | | Redeemed | 07/12/12 | J | | |
| 8.  --First Trust Advisors: High Dividend Equity Series 3 | A | Dividend | | | Redeemed | 09/25/12 | J | A | |
| 9.  --First Trust Advisors: High Yield Income Series 34 | A | Dividend | | | Redeemed | 08/07/12 | J | A | |
| 10.  --First Trust Advisors: MLP Fd & Energy Series 5 | A | Dividend | | | Redeemed | 06/21/12 | K | B | |
| 11.  --First Trust Advisors: Int. Rate Hedge Portfolio Ser. 4 | A | Dividend | | | Redeemed | 05/22/12 | J | | |
| 12.  --First Trust Advisors: Global Div. Portfolio Series 23 | A | Dividend | | | Redeemed | 11/29/12 | K | B | |
| 13.  --First Trust Advisors: Economic Expansion | A | Dividend | J | T | | | | | |
| 14.  --First Trust Advisors: Market Strength Portfolio Series 6 | A | Dividend | J | T | | | | | |
| 15.  --First Trust Advisors: Canadian Energy & Inc. Ser. 21 | A | Dividend | K | T | | | | | |
| 16.  --First Trust Advisors: Div. & Income Series 17 | A | Dividend | J | T | | | | | |
| 17.  --First Trust Advisors: Tactical Income Series 2 | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --First Trust Advisors: SMID Cap Strength Series 6 | A | Dividend | | | Sold | 11/27/12 | J | A | |
| 19. --First Trust Advisors: Real Estate Port. Series 3 | A | Dividend | K | T | | | | | |
| 20. --First Trust Advisors: Inflation Hedge Opp. Series 7 | A | Dividend | J | T | | | | | |
| 21. --First Trust Advisors: Cap Strength Series 12 | A | Dividend | K | T | | | | | |
| 22. --First Trust Advisors: Equity Income Series 27 | B | Dividend | K | T | | | | | |
| 23. --First Trust Advisors: High Yield Income Series 41 | C | Dividend | K | T | | | | | |
| 24. --First Trust Advisors: High Yield Income Series 43 | A | Dividend | J | T | | | | | |
| 25. --First Trust Advisors: Bakken Shale Series 3 | A | Dividend | J | T | | | | | |
| 26. --First Trust Advisors: Div. Strength Series 12 | A | Dividend | K | T | | | | | |
| 27. --First Trust Advisors: Mega Cap Series 21 | A | Dividend | K | T | | | | | |
| 28. --First Trust Advisors: High Yield CE & Short Treas. Ser. 3 | B | Dividend | K | T | | | | | |
| 29. --First Trust Advisors: Municipal Income Series 45 | A | Int./Div. | J | T | Buy | 03/26/12 | J | | |
| 30. --First Trust Advisors: Interest Rate Hedge Series 45 | A | Dividend | J | T | Buy | 05/22/12 | J | | |
| 31. --First Trust Advisors: High Yield Income Series 51 | A | Dividend | J | T | Buy | 08/08/12 | J | | |
| 32. --First Trust Advisors: Municipal Income Series 40 | A | Int./Div. | J | T | Buy | 07/09/12 | J | | |
| 33. --First Trust Advisors: Core Three | A | Int./Div. | J | T | Buy | 10/01/12 | J | | |
| 34. --First Trust Advisors: High Div. Equity Series 4 | A | Dividend | J | T | Buy | 09/24/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 35. | --First Trust Advisors: Tax Adv. Municipal Series 32 | A | Int./Div. | K | T | Buy | 11/27/12 | K | | |
| 36. | --First Trust Advisors: Municipal Income Series 15 | A | Int./Div. | J | T | Buy | 11/27/12 | J | | |
| 37. | --First Trust Advisors: MLP Fund & Energy Series 18 | B | Dividend | K | T | Buy | 06/21/12 | K | | |
| 38. | Trust #1 | D | Int./Div. | M | T | | | | | |
| 39. | --Tamarack Prime Money Market Fund | | | | | | | | | |
| 40. | --El Paso Corp. Common Stock | A | Dividend | | | Sold | 01/24/12 | J | | |
| 41. | --First Trust Advisors: Can. Energy & Income Series 16 | A | Dividend | | | Redeemed | 01/24/12 | K | C | |
| 42. | --First Trust Advisors: High Yield Income Series 35 | B | Dividend | | | Redeemed | 9/13/12 | K | A | |
| 43. | --First Trust Advisors: Tactical Income Series 2 | | | | | | | | | |
| 44. | --First Trust Advisors: Mega Capital Series 17 | A | Dividend | | | Redeemed | 11/29/12 | J | A | |
| 45. | --First Trust Advisors: SMID Cap Strength Series 6 | A | Dividend | | | Sold | 11/27/12 | J | A | |
| 46. | --First Trust Advisors: Global Infrastructure Series 15 | | | | | | | | | |
| 47. | --First Trust Advisors: Utilities Select Series 17 | | | | | | | | | |
| 48. | --First Trust Advisors: High Yield Income Series 43 | | | | | | | | | |
| 49. | --First Trust Advisors: High Yield CE & Short Treas. Ser. 3 | | | | | | | | | |
| 50. | --First Trust Advisors: Equity Income Series 29 | A | Dividend | K | T | Buy | 01/18/12 | K | | |
| 51. | --First Trust Advisors: MLP Fund & Energy Series 20 | A | Dividend | J | T | Buy | 11/21/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --First Trust Advisors: Municipal Income Series 47 | A | Int./Div. | J | T | Buy | 11/27/12 | J | | |
| 53. --First Trust Advsors: Invt Grade Series 36 | B | Dividend | K | T | Buy | 09/13/12 | K | | |
| 54. Bell State Bank & Trust Savings Account | A | Interest | J | T | | | | | See Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bright, Myron H.** | 05/02/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, Page 7, line 54, Column A:  Formerly State Bank & Trust Co.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Myron H. Bright**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544